# EXHIBIT 3

PROPOSED EASEMENTS
TO
MILLENNIUM PIPELINE COMPANY, L.L.C.
FROM
BREAKAWAY TRAILS, INC
AKA DUTCH WOODS DEVELOPMENT

ALL THOSE TRACTS OR PARCELS OF LAND in the Town of Warwick, County of Orange, State of New York, being portions of the lands of Breakaway Trails, Inc. described in Liber 4194 Page 107 as recorded in the Orange County Clerks Office on March 15, 1995.

## TEMPORARY EASEMENT

BEGINNING at a POINT on the westerly boundary of Sleepy Valley Road at the easterly corner of Breakaway Trails, Inc. (Tax Map #31-1-17); thence southwesterly along the southeasterly line of the property of said Breakaway Trails, Inc., a distance of 263 feet more or less to a point 50 feet southeasterly from the proposed pipeline; thence southwesterly through said Breakaway Trails, Inc., a distance of 2,200 feet more or less to a point on the southwesterly line of said Breakaway Trails, Inc., said point being northwesterly 337 feet more or less from the southwesterly corner of said Breakaway Trails, Inc.; thence northwesterly along said southwesterly line of Breakaway Trails, Inc., a distance of 25 feet more or less to point 25 feet southeasterly from the proposed pipeline; thence northeasterly through said Breakaway Trails, Inc., a distance of 2,463 feet more or less to the POINT OF BEGINNING.

Containing 1.31 acres, more or less.

## EXTRA TEMPORARY WORKSPACE

NORTHEASTERLY PARCEL
   Commencing at a POINT on the westerly boundary of Sleepy Valley Road at the easterly corner of Breakaway Trails, Inc. (Tax Map #31-1-17); thence northwesterly along said westerly boundary of Sleepy Valley Road a distance of 45 feet more or less to the POINT OF BEGINNING. Said being 25 feet northerly from the proposed pipeline.
   Thence southwesterly through the property of said Breakaway Trails, Inc. (Tax Map #31-1-17), a distance of 150 feet more or less to point; thence northwesterly through said Breakaway Trails, Inc. a distance of 50 feet to a point; thence northeasterly through said Breakaway Trails, Inc. a distance of 115 feet more or less to a point on the said westerly boundary of Sleepy Valley Road; thence southeasterly along said westerly boundary of Sleepy Valley Road a distance of 61 feet more or less to the POINT OF BEGINNING.

NORTHWESTERLY PARCEL

Commencing at a POINT on the southwesterly line of Breakaway Trails, Inc. (Tax Map #31-1-17), 412 feet more or less northwesterly from the southerly most corner of lands now or formerly of said Breakaway Trails, Inc., said point being northwesterly 25 feet from the proposed pipeline; thence northeasterly through the property of said Breakaway Trails, Inc., a distance of 90 feet more or less to the POINT OF BEGINNING.

Thence northwesterly through said Breakaway Trails, Inc., a distance of 50 feet more or less to a point; thence northeasterly through the property of said Breakaway Trails, Inc., a distance of 150 feet more or less to a point; thence southeasterly through the property of said Breakaway Trails, Inc., a distance of 50 feet to a point; thence southwesterly through the property of said Breakaway Trails, Inc., 25 feet from and parallel to said proposed pipeline, a distance of 150 feet more or less to the POINT OF BEGINNING.


SOUTHWESTERLY PARCEL

Commencing at a POINT on the southwesterly line of Breakaway Trails, Inc. (Tax Map #31-1-17), 337 feet more or less northwesterly from the southerly most corner of lands now or formerly of said Breakaway Trails, Inc., said point being southeasterly 50 feet from the proposed pipeline; thence northeasterly through the property of said Breakaway Trails, Inc., a distance of 111 feet more or less to the POINT OF BEGINNING.

Thence northeasterly through said Breakaway Trails, Inc., a distance of 150 feet more or less to a point; thence southeasterly through the property of said Breakaway Trails, Inc., a distance of 25 feet more or less to a point; thence southwesterly through the property of said Breakaway Trails, Inc., a distance of 150 feet to a point; thence northwesterly through the property of said Breakaway Trails, Inc., a distance of 25 feet more or less to the POINT OF BEGINNING.

SOUTHEASTERLY PARCEL

Commencing at a POINT on the southwesterly line of Breakaway Trails, Inc. (Tax Map #31-1-17), 337 feet more or less northwesterly from the southerly most corner of lands now or formerly of said Breakaway Trails, Inc., said point being southeasterly 50 feet from the proposed pipeline; thence northeasterly through the property of said Breakaway Trails, Inc., a distance of 1,212 feet more or less to the POINT OF BEGINNING.

Thence northeasterly through said Breakaway Trails, Inc., a distance of 100 feet more or less to a point; thence southeasterly through the property of said Breakaway Trails, Inc., a distance of 25 feet more or less to a point; thence southwesterly through the property of said Breakaway Trails, Inc., a distance of 100 feet to a point; thence northwesterly through the property of said Breakaway Trails, Inc., a distance of 25 feet more or less to the POINT OF BEGINNING.

The above described parcels contain 0.93 acre, more or less.

The above described parcels are shown on Exhibit 110253 entitled "Exhibit A, Proposed 30" Pipeline Crossing Property of Breakaway Trails, Inc., aka Dutch Woods Development ", dated October 2006.

