# EXHIBIT 4

PROPOSED EASEMENTS
TO
MILLENIUM PIPELINE COMPANY, LLC
FROM
ADELIA MASTERS ET AL

ALL THOSE TRACTS OR PARCELS OF LAND in the Town of Forestburg, County of Sullivan, State of New York, being a portion of the lands of Adelia Masters and Michelle Masters described in Liber 2993 Page 640 as recorded in the Sullivan County Clerk's Office.

**PERMANENT EASEMENT**

Beginning at a point on the westerly boundary of New York State Highway 42 a distance of 278 feet, more or less, northerly along the westerly boundary of New York State Highway 42 from the southeast corner of said Masters; thence northwesterly through the lands of said Masters along a line 25 feet distant from and parallel to an proposed pipeline a distance of 1419 feet, more or less, to a point; thence northerly along the westerly line of said Masters a distance of 63 feet, more or less, to a point; thence southeasterly through the lands of said Masters along a line 25 feet distant from and parallel to an proposed pipeline a distance of 1419 feet, more or less, to a point; thence southerly along the westerly line of New York State Highway 42, a distance of 63 feet, more or less, to the Point of Beginning.

The above described parcel contains 1.63 acres, more or less.

**TEMPORARY WORK SPACE**

Beginning at a point on the westerly boundary of New York State Highway 42 a distance of 247 feet, more or less, northerly along the westerly boundary of New York State Highway 42 from the southeast corner of said Masters; thence northwesterly through the lands of said Masters along a line 50 feet distant from and parallel to an existing pipeline a distance of 1418 feet, more or less, to a point; thence northerly along the westerly line of said Masters a distance of 32 feet, more or less, to a point; thence southeasterly through the lands of said Masters along a line 25 feet distant from and parallel to an existing pipeline a distance of 1419 feet, more or less, to a point; thence southerly along the westerly line of New York State Highway 42, a distance of 31 feet, more or less, to the Point of Beginning.

The above described parcel contains 0.81 acre, more or less.

**EXTRA TEMPORARY WORKSPACE**

NORTH PARCEL
Beginning at a point on the westerly boundary of New York State Highway 42 a distance of 340 feet, more or less, northerly along the westerly boundary of New York State Highway 42 from the southeast corner of said Masters; thence through the lands of said Masters the following three (3) courses and distances; northwesterly along a line

