UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV. 5815

MILLENNIUM PIPELINE COMPANY, L.L.C.,

*Plaintiff*,

-vs-

CERTAIN TEMPORARY EASEMENTS IN 322 SLEEPY VALLEY ROAD, WARWICK, NEW YORK, S.B.L. No. 31-1-17, BREAKAWAY TRAILS, INC., John Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (NO NUMBER) DISTILLERY ROAD, TOWN OF WARWICK, COUNTY OF ORANGE, NEW YORK, S.B.L. No. 29-1-21, GEORGE BURKERT AND ANNA BURKERT, John Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (NO NUMBER) ROUTE 42, TOWN OF FORESTBURG, SULLIVAN COUNTY, NEW YORK, S.B.L. No. 39-1-11, ADELIA M. MASTERS, John Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN 65 LIBERTY CORNERS ROAD, a/k/a 61 LIBERTY CORNERS ROAD, TOWN OF WARWICK, COUNTY OF ORANGE, NEW YORK, S.B.L. No. 11-1-21.2, DOUGLAS A. PATZELT AND LAUREN PATZELT, John Doe, et al., and Unknown Owners,

And

CORPORATE DISCLOSURE STATEMENT

Civil Action No.



FILED
JUN 20 2007

CERTAIN PERMANENT AND TEMPORARY
EASEMENTS IN (No Number) Route 17A, TOWN
OF TUXEDO, COUNTY OF ORANGE, NEW
YORK, S.B.L. No. 1-1-34.2, SWISS NORTH
AMERICAN PROPERTIES - USA, LLC, John Doe,
et al., and Unknown Owners,

                                      *Defendants.*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Millennium Pipeline Company, L.L.C., by and through its attorneys, Hiscock & Barclay, LLP, hereby discloses that Millennium Pipeline Company, L.L.C. is a Delaware limited liability company with its principal place of business located in Pearl River, Rockland County, New York. Millennium Pipeline Company, L.L.C. is owned by the following companies, whose ownership interests collectively total 100%: Columbia Gas Transmission Corporation, 47.5%; KeySpan Millennium, LLC, 26.25%; and DTE Millennium Company, 26.25%.

**DATED:** June 18, 2007                    **HISCOCK & BARCLAY, LLP**

                                                        By: _____
                                                             Dennis R. McCoy DM4591
                                                             Darryl J. Colosi DC2929*

                                                             *Attorneys for Plaintiff*
                                                             Millennium Pipeline Company, L.L.C.
                                                             Office and Post Office Address
                                                             1100 M&T Center
                                                             Three Fountain Plaza
                                                             Buffalo, New York 14203-1414
                                                             Telephone: (716) 856-5400

*Application for admission to the United States District Court for the Southern District of New York pending; swearing-in ceremony scheduled for June 26, 2007.