UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILLENNIUM PIPELINE COMPANY, L.L.C.,

*Plaintiff,*

-*vs*-

CERTAIN TEMPORARY EASEMENTS IN 322 SLEEPY VALLEY ROAD, TOWN OF WARWICK, ORANGE COUNTY, NEW YORK, S.B.L. No. 31-1-17, BREAKAWAY TRAILS, INC., John Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (NO NUMBER) DISTILLERY ROAD, TOWN OF WARWICK, ORANGE COUNTY, NEW YORK, S.B.L. No. 29-1-21, GEORGE BURKERT AND ANNA BURKERT, John Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (NO NUMBER) ROUTE 42, TOWN OF FORESTBURG, SULLIVAN COUNTY, NEW YORK, S.B.L. No. 39-1-11, ADELIA M. MASTERS, John Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN 65 LIBERTY CORNERS ROAD, a/k/a 61 LIBERTY CORNERS ROAD, TOWN OF WARWICK, ORANGE COUNTY, NEW YORK, S.B.L. No. 11-1-21.2, DOUGLAS A. PATZELT AND LAUREN PATZELT, John Doe, et al., and Unknown Owners,

And

AFFIDAVIT OF SERVICE

Civil Action No. 07-CV-5815 (CM)

CERTAIN PERMANENT AND TEMPORARY
EASEMENTS IN (No Number) Route 17A, TOWN
OF TUXEDO, ORANGE COUNTY, NEW YORK,
S.B.L. No. 1-1-34.2, SWISS NORTH AMERICAN
PROPERTIES - USA, LLC, John Doe, et al., and
Unknown Owners,

                                        *Defendants.*

---

STATE OF NEW YORK    )
                                 ) SS:
COUNTY OF ERIE        )

       **MICHELLE MICHALSKI**, being duly sworn, certifies, deposes and says:

       On June 22, 2007, I mailed copies of the Order to Show Cause for Preliminary Injunction, granted by the Court on June 22, 2007; the Complaint attached thereto, dated June 18, 2007, with attached Exhibits 1 through 6; the Affidavit of Darryl J. Colosi, Esq., attached thereto, sworn to on June 18, 2007, with attached Exhibit 1; and the Memorandum of Law, dated June 18, 2007, in Support of Plaintiff's Motion for a Preliminary Injunction to the following persons via overnight mail:

Breakaway Trails, Inc.
1 Nirvana Plaza
Forestport, NY 13338
Attention: Mansur Rafizadeh, Vice President

Mansur Rafizadeh
12044 State Route 12
Boonville, NY 13309

Frank L. LoRusso
377 South Road
Chilmark, MA 02535

Judith L. LoRusso
377 South Road
Chilmark, MA 02535

William D. Sheldon, III, P.C.
642 Kreag Road
Suite 201
Pittsford, NY 14534

Business Loan Center, Inc.
645 Madison Avenue
19th Floor
New York, NY 10022

Anna Burkert
3 Pepper Road
Towaco, NJ 07082

George Burkert
3 Pepper Road
Towaco, NJ 07082

Edward P. Azar, Esq.
Edward P. Azar, L.L.C.
Gallant Professional Building
2840 Route 23 South
Newfoundland, NJ 07435

Adelia M. Masters
100 Allen Street
Netcong, NJ 07857

Michele Masters
100 Allen Street
Netcong, NJ 07857

Michele Masters
177 Durham Court
Hackettstown, NJ 07840

Leslie E. Smith, Jr.
500 International Drive
Suite 345
Mt. Olive, NJ 07828

William Gall
500 International Drive
Suite 345
Mt. Olive, NJ 07828

William T Gall, Jr.
31 Manor House Road
Budd Lake, NJ 07828-2321

Orange and Rockland
Utilities, Inc.
One Blue Hill Plaza
Pearl River, NY 10965

Scott Levinson, Esq.
Consolidated Edison Company
of New York, Inc.
4 Irving Place
Room 1810-S
New York, NY 10003

Barbara Dunne, Esq.
Consolidated Edison Company
of New York, Inc.
4 Irving Place
Room 1810-S
New York, NY 10003

Douglas A. Patzelt
65 Liberty Corners Road
Pine Island, NY 10969

Lauren Patzelt
65 Liberty Corners Road
Pine Island, NY 10969

Douglas A. Patzelt
61 Liberty Corners Road
Pine Island, NY 10969

Lauren Patzelt
61 Liberty Corners Road
Pine Island, NY 10969

Thomas J. Newman, Jr.
Kornfeld Rew Newman & Simeone
46 Washington Ave.
Suffern, NY 10901-5608

GreenPoint Mortgage
Funding, Inc.
100 Wood Hollow Drive
Novato, CA 94945

Swiss North American
Properties - USA, LLC
2725 Toxey Drive
Raleigh, NC 27609
Attention: Steven Cadwallader

Lawrence Gould, Esq.
Kilpatrick Stockton, LLP
3737 Glenwood Avenue
Raleigh, NC 27612

*/s/ Michelle Michalski*
**MICHELLE MICHALSKI**

Subscribed and sworn to before me
this 25th day of June, 2007.

*/s/ Patricia Deeb*
Notary Public

PATRICIA DEEB
Notary Public State of New York
Qualified in Erie County
My Commission Expires Aug. 31, 2009