# EXHIBIT 1

# PROPOSED EASEMENTS
# TO
# COLUMBIA GAS TRANSMISSION
# FROM
# GEORGE AND ANNA BURKERT

ALL THOSE TRACTS OR PARCELS OF LAND in the Town of Warwick, County of Orange, State of New York, being portions of the lands of George Burkert & Anna Burkert described in Liber 2823 Page 335 as recorded in the Orange County Clerks Office on October 29, 1987.

## PERMANENT EASEMENTS

NORTHWESTERLY PARCEL

Beginning at a POINT on a southwesterly line of George Burkert & Anna Burkert (Tax Map # 29-1-21), 63 feet, more or less southeasterly from the northwesterly corner of lands now or formerly of said Burkert; thence northeasterly through the property of said Burkert, a distance of 457 feet, more or less to the easterly line of said Burkert, thence southerly along said easterly line a distance of 17 feet, more or less to a point, thence southwesterly through the property of said Burkert, a distance of 449 feet, more or less to the southwesterly line of said Burkert, thence northwesterly along said southwesterly line a distance of 19 feet, more or less to the POINT OF BEGINNING.

SOUTHEASTERLY PARCEL

Beginning at a POINT on a southwesterly line of George Burkert & Anna Burkert (Tax Map # 29-1-21), 100 feet, more or less southeasterly from the northwesterly corner of lands now or formerly of said Burkert; thence northeasterly through the property of said Burkert, a distance of 441 feet, more or less to the easterly line of said Burkert, thence southerly along said easterly line a distance of 17 feet, more or less to a point, thence southwesterly through the property of said Burkert, a distance of 433 feet, more or less to the southwesterly line of said Burkert, thence northwesterly along said southwesterly line a distance of 19 feet, more or less to the POINT OF BEGINNING.

The above described parcels containing 0.35 acre, more or less.

## TEMPORARY EASEMENT

Beginning at a POINT on a southwesterly line of George Burkert & Anna Burkert (Tax Map # 29-1-21), 119 feet, more or less southeasterly from the northwesterly corner of lands now or formerly of said Burkert; thence northeasterly through the property of said Burkert, a distance of 433 feet, more or less to the easterly line of said Burkert, thence southerly along said easterly line a distance of 25 feet, more or less to a point, thence southwesterly through the property of said Burkert, a distance of 421 feet, more or less to the southwesterly line of said Burkert, thence northwesterly along said southwesterly line a distance of 28 feet, more or less to the POINT OF BEGINNING.

Containing 0.24 acre, more or less.

## EXTRA TEMPORARY WORKSPACE

NORTHWESTERLY PARCEL

  Commencing at a POINT on a southwesterly line of George Burkert & Anna Burkert (Tax Map # 29-1-21), 63 feet, more or less southeasterly from the northwesterly corner of lands now or formerly of said Burkert; thence easterly through the property of said Burkert, a distance of 225 feet, more or less to the POINT OF BEGINNING.

  Thence northwesterly through the property of said Burkert, a distance of 50 feet, more or less to a point; thence northeasterly through the property of said Burkert, a distance of 150 feet, more or less to a point; thence southeasterly through the property of said Burkert, a distance of 50 feet, more or less to a point; thence southwesterly through the property of said Burkert, a distance of 150 feet, more or less to the POINT OF BEGINNING.

SOUTHEASTERLY PARCEL

  Commencing at a POINT on a southwesterly line of George Burkert & Anna Burkert (Tax Map # 29-1-21), 442 feet, more or less northwesterly from the southwesterly corner of lands now or formerly of said Burkert; thence easterly through the property of said Burkert, a distance of 191 feet, more or less to the POINT OF BEGINNING.
Thence northeasterly through the property of said Burkert, a distance of 150 feet, more or less to a point; thence southeasterly through the property of said Burkert, a distance of 25 feet, more or less to a point; thence southwesterly through the property of said Burkert, a distance of 150 feet, more or less to a point; thence northwesterly through the property of said Burkert, a distance of 25 feet, more or less to the POINT OF BEGINNING.

  The above described parcels containing 0.26 acre, more or less.

  The above described parcels are shown on Exhibit 11O252 entitled "Exhibit A, Proposed 30" Pipeline Crossing Property of George & Anna Burkert ", dated October 2006.

