UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILLENNIUM PIPELINE COMPANY, L.L.C.,

*Plaintiff*,

-vs-

CERTAIN TEMPORARY EASEMENTS IN 322 SLEEPY VALLEY ROAD, TOWN OF WARWICK, ORANGE COUNTY, NEW YORK, S.B.L. No. 31-1-17, BREAKAWAY TRAILS, INC., John Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (NO NUMBER) DISTILLERY ROAD, TOWN OF WARWICK, ORANGE COUNTY, NEW YORK, S.B.L. No. 29-1-21, GEORGE BURKERT AND ANNA BURKERT, John Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (NO NUMBER) ROUTE 42, TOWN OF FORESTBURG, SULLIVAN COUNTY, NEW YORK, S.B.L. No. 39-1-11, ADELIA M. MASTERS, John Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN 65 LIBERTY CORNERS ROAD, a/k/a 61 LIBERTY CORNERS ROAD, TOWN OF WARWICK, ORANGE COUNTY, NEW YORK, S.B.L. No. 11-1-21.2, DOUGLAS A. PATZELT AND LAUREN PATZELT, John Doe, et al., and Unknown Owners,

And

NOTICE OF CONDEMNATION

Civil Action No.
07 Civ. 5815

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (No Number) Route 17A, TOWN OF TUXEDO, ORANGE COUNTY, NEW YORK, S.B.L. No. 1-1-34.2, SWISS NORTH AMERICAN PROPERTIES - USA, LLC, John Doe, et al., and Unknown Owners,

*Defendants.*

---

TO:   Douglas A. Patzelt             Lauren Patzelt
      65 Liberty Corners Road a/k/a  65 Liberty Corners Road a/k/a
      61 Liberty Corners Road        61 Liberty Corners Road
      Pine Island, NY 10969          Pine Island, NY 10969

      Orange and Rockland            GreenPoint Mortgage
      Utilities, Inc.                Funding, Inc.
      One Blue Hill Plaza            100 Wood Hollow Drive
      Pearl River, NY 10965          Novato, CA 94945

You are hereby notified that a Complaint in condemnation has heretofore been filed in the Office of the Clerk of the United States District Court for the Southern District of New York, in the United States Courthouse at 300 Quarropas Street, White Plains, New York, by plaintiff MILLENNIUM PIPELINE COMPANY, L.L.C. ("MILLENNIUM") for the taking of temporary and permanent easements in the property located at 65 Liberty Corners Road a/k/a 61 Liberty Corners Road, Town of Warwick, County of Orange, New York, S.B.L. No. 11-1-21.2, in which you have or claim an interest and which is more specifically described in Exhibit 1 attached hereto and made a part hereof (the "Patzelt Property").

The use for which a temporary easement in the Patzelt Property is required is to acquire, construct and operate pipeline facilities from a new compressor station in Corning, New York (milepost 190.6) to the Ramapo, New York measuring and regulating station (milepost 376.6) pursuant to the December 21, 2006 Order issued by the United States Federal Energy Regulatory Commission ("FERC") entitled "Order Issuing and Amending Certificates, Approving

Abandonment, Vacating Certificate and Granting and Denying Requests for Rehearing and Clarification" ("FERC Order") (the "Project"). The temporary easement that is being acquired is to facilitate pipeline construction and testing for use and exercisable during the construction, preconstruction and testing of the pipeline and restoration of the Patzelt Property as reasonably required by MILLENNIUM for the purpose of constructing and testing the pipeline and thereafter restoring the Patzelt Property and to conduct all activities incident thereto, terminating upon the approval of the completed work and Property restoration, unless sooner terminated by MILLENNIUM or its authorized representative. Such temporary easement shall be exercised in and to the Patzelt Property (Exhibit 1) reserving, however, to the respective Owners, successors or assigns, the right of using said Property and such use shall not be further limited or restricted under this temporary easement beyond that which is necessary to effectuate its purposes for the construction, preconstruction and testing of the pipeline and restoration of the Patzelt Property.

MILLENNIUM seeks a permanent easement in the Patzelt Property for the purpose of constructing, operating, inspecting, maintaining, replacing, repairing, altering the size of and removing or abandoning a pipeline at the Patzelt Property as reasonably required by MILLENNIUM to facilitate the Project. Such permanent easement shall be exercised in and to the Patzelt Property (Exhibit 1) reserving, however, to the respective Owners, successors or assigns, the right of using said Patzelt Property and such use shall not be further limited or restricted under this permanent easement beyond that which is necessary to effectuate its purposes in connection with the Project, as stated in the Complaint.

The authority for the taking is the Natural Gas Act, 15 U.S.C. §717, *et seq.*

You are further notified that if you desire to present any objection or defense to the taking of easements in the Patzelt Property you are required to serve your Answer on MILLENNIUM'S

attorney at the address herein designated within twenty days after personal service of this Notice of Condemnation upon you.

Your Answer shall identify the Patzelt Property, state the nature and extent of the interest you claim, and state all of your objections and defenses to the taking of easements in such Patzelt Property or your interest in the Patzelt Property. All defenses and objections not so presented are waived. Your failure to answer the Complaint within 20 days of service of this Notice of Condemnation constitutes a consent to the taking and to the authority of the Court to render a judgment of condemnation of that part of the above-described Patzelt Property in which you have or claim an interest.

But without answering, you may serve on the MILLENNIUM'S attorney a Notice of Appearance designating the Patzelt Property in which you claim to be interested and identifying the nature of such interest. Thereafter you will receive notice of all proceedings affecting it. At the trial of the issue of just compensation, whether or not you have previously appeared or answered, you may present evidence as to the amount of the compensation to be paid for your interest in the Patzelt Property, and you may share in the distribution of the award.

**DATED:**     June 18, 2007            **HISCOCK & BARCLAY, LLP**

By: _____
   Dennis R. McCoy DM4591
   Darryl J. Colosi DC2929*

*Attorneys for Plaintiff*
Millennium Pipeline Company, L.L.C.
Office and Post Office Address
The Standard Oil Building
26 Broadway, 24th Floor
New York, New York  10004-1840
Telephone: (212) 509-5212

Plaintiff, Millennium Pipeline Company, LLC, may be served at the offices of its legal counsel, Hiscock & Barclay, LLP, The Standard Oil Building, 26 Broadway, 24th Floor, New York, New York 10004-1840, attention Darryl J. Colosi.

*Application for admission to the United States District Court for the Southern District of New York in process; swearing-in ceremony scheduled for June 26, 2007.