# EXHIBIT 1

PROPOSED EASEMENTS
TO
MILLENIUM PIPELINE COMPANY, LLC
FROM
DOUGLAS A. & LAUREN PATZELT

ALL THOSE TRACTS OR PARCELS OF LAND in the Town of Warwick, County of Orange, State of New York, being portions of the lands of Lauren Patzelt & Douglas A. Patzelt described in Liber 11170 Page 1801 as recorded in the Orange County Clerks Office on August 28, 2003.

**PERMANENT EASEMENT**

Beginning at a POINT on the easterly boundary of County Highway 88 at the northwesterly corner of Douglas A. & Lauren Patzelt (Tax Map # 11-1-21.2); thence southeasterly through the property of said Patzelt, a distance of 525 feet, more or less to a point; thence northeasterly through said Patzelt, a distance of 729 feet more or less to a point on the northeasterly line of said Patzelt; thence southeasterly along said northeasterly line Patzelt, a distance of 50 feet more or less to point; thence southwesterly through said Patzelt, a distance of 801 feet more or less to a point; thence northwesterly through the property of said Patzelt, a distance of 585 feet more or less to a point on said easterly boundary of County Highway 88; thence northeasterly along said easterly boundary of County Highway 88, a distance of 36 feet more or less to the POINT OF BEGINNING.

Containing 1.53 acres, more or less.

**TEMPORARY EASEMENT**

Beginning at a POINT on the northeasterly line of Douglas A. & Lauren Patzelt (Tax Map #11-1-21.2), 50 feet, more or less southeasterly from the northerly most corner of lands now or formerly of said Patzelt, said point being southeasterly 25 feet from the proposed pipeline; thence easterly along said northeasterly line of Patzelt, a distance of 25 feet more or less to a point; thence southwesterly through the property of said Patzelt, 50 feet from and parallel to said proposed pipeline, a distance of 812 feet more or less to a point; thence northwesterly through the property of said Patzelt, a distance of 25 feet to a point; thence northeasterly through the property of said Patzelt, 25 feet from and parallel to said proposed pipeline, a distance of 801 feet more or less to the POINT OF BEGINNING.

Containing 0.46 acre, more or less.

**EXTRA TEMPORARY WORKSPACE**

WESTERLY PARCEL
Beginning at a POINT on the easterly boundary of County Highway 88, 36 feet southwesterly from the northwesterly corner of Douglas A. & Lauren Patzelt (Tax Map #

11-1-21.2); thence southeasterly through the property of said Patzelt, a distance of 93 feet more or less to a point; thence southwesterly through the property of said Patzelt, a distance of 50 feet to a point, thence northwesterly through the property of said Patzelt, a distance of 93 feet to a point on the existing easterly boundary of County Highway 88' thence northeasterly along said easterly boundary of County Highway 88; a distance of 50 feet, more or less to the POINT OF BEGINNING.

SOUTHERLY PARCEL

Commencing at a POINT on the easterly boundary of County Highway 88, 36 feet southwesterly from the northwesterly corner of Douglas A. & Lauren Patzelt (Tax Map # 11-1-21.2); thence southeasterly through the property of said Patzelt, a distance of 300 feet, more or less to the POINT OF BEGINNING, said point also being 25 feet southwesterly from the proposed pipeline.

Thence southeasterly through the property of said Patzelt, a distance of 330 feet more or less to a point; thence northeasterly through the property of said Patzelt, a distance of 130 feet more or less to a point 50 feet southeasterly from the proposed pipeline; thence southeasterly through the property of said Patzelt, a distance of 50 feet more or less to a point; thence southwesterly through the property of said Patzelt, a distance of 180 feet more or less to a point; thence northwesterly through the property of said Patzelt, a distance of 180 feet more or less to a point; thence northeasterly through the property of said Patzelt, a distance of 25 feet more or less to a point; thence northwesterly through the property of said Patzelt, a distance of 150 feet more or less to a point; thence northeasterly through the property of said Patzelt, a distance of 25 feet more or less to the POINT OF BEGINNING.

EASTERLY PARCEL

Commencing at a POINT on the northeasterly line of Douglas A. & Lauren Patzelt (Tax Map #11-1-21.2), 75 feet more or less southeasterly from the northerly most corner of lands now or formerly of said Patzelt, said point being southeasterly 50 feet from the proposed pipeline; thence southwesterly through the property of said Patzelt, 50 feet from and parallel to said proposed pipeline, a distance of 361 feet more or less to the POINT OF BEGINNING.

Thence southeasterly through the property of said Patzelt, a distance of 50 feet more or less to a point; thence southwesterly through the property of said Patzelt, a distance of 170 feet more or less to a point; thence northwesterly through the property of said Patzelt, a distance of 50 feet more or less to a point; thence northeasterly through the property of said Patzelt, a distance of 150 feet more or less to the POINT OF BEGINNING.

The above described parcels contain 0.73 acre, more or less.

The above described parcels are shown on Exhibit 11O182 entitled "Exhibit A, Proposed Pipeline Crossing Property of Douglas A. & Lauren Patzelt ", dated September 2006.



PROPOSED EASEMENTS
TO
MILLENIUM PIPELINE COMPANY, LLC
FROM
DOUGLAS A. & LAUREN PATZELT

ALL THOSE TRACTS OR PARCELS OF LAND in the Town of Warwick, County of Orange, State of New York, being portions of the lands of Lauren Patzelt & Douglas A. Patzelt described in Liber 11170 Page 1801 as recorded in the Orange County Clerk's Office on August 28, 2003.

**PERMANENT EASEMENT**

Beginning at a POINT on the southerly boundary of County Highway 88 at the northerly corner of Douglas A. & Lauren Patzelt (Tax Map # 11-1-21.2); thence southerly along an easterly line of said Patzelt and its extension a distance of 554 feet, more or less, to a point; thence southeasterly through said Patzelt, along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 710 feet, more or less, to a point on the southeasterly line of said Patzelt, being also the northwesterly line of Pochuck Creek; thence southwesterly along said southeasterly line of said Patzelt and the northwesterly line of Pochuck Creek, a distance of 50 feet more or less to a point; thence through said Patzelt the following four (4) courses and distances: thence northwesterly along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 149 feet, more or less, to a point; thence southwesterly a distance of 25 feet to a point; thence northwesterly along a line 50 feet from and parallel to a proposed pipeline a distance of 564 feet, more or less, to a point; thence northerly along a line 25 feet from and parallel to a proposed pipeline, a distance of 599 feet to a point on the easterly boundary of said County Highway 88; thence easterly along the southerly boundary of said County Highway 88, a distance of 36 feet more or less to the Point of Beginning.

The above described parcel contains 1.79 acres, more or less.

**ADDITIONAL TEMPORARY WORK SPACE**

NORTHERLY PARCEL
Commencing at a POINT on the southerly boundary of County Highway 88 at the northeasterly corner of Douglas A. & Lauren Patzelt (Tax Map # 11-1-21.2); thence southerly along an easterly line of said Patzelt and its extension a distance of 554 feet, more or less, to a point; thence southeasterly through said Patzelt, along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 360 feet, more or less, to the Point of Beginning.
Thence through the lands of said Patzelt the following four (4) courses and distances; northeasterly a distance of 50 feet to a point; thence along a line 75 feet distant from and parallel to a proposed pipeline, a distance of 250 feet to a point; thence

southwesterly a distance of 50 feet to a point; thence northwesterly along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 250 feet to the Point of Beginning.

SOUTHERLY PARCEL

Commencing at a POINT on the southerly boundary of County Highway 88 at the northeasterly corner of Douglas A. & Lauren Patzelt (Tax Map # 11-1-21.2); thence westerly along the southerly line of County Highway 88 and a northerly line of said Patzelt, a distance of 36 feet to a point; thence southerly along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 599 feet, more or less, to a point; thence through said Patzelt southeasterly along a line 50 feet distant from and parallel to a proposed pipeline a distance of 364 feet, more or less, to the Point of Beginning.

Thence through the lands of said Patzelt the following six (6) courses and distances; thence southeasterly along a line 50 feet distant from and parallel to a proposed pipeline, a distance of 200 feet to a point; thence northeasterly a distance of 25 feet to a point; thence southeasterly along a line 25 feet distant from and parallel to a proposed pipeline a distance of 50 feet to a point; thence southwesterly a distance of 50 feet to a point; thence northwesterly along a line parallel to a proposed pipeline a distance of 250 feet to a point; thence northeasterly a distance of 25 feet to the Point of Beginning.

The above described parcels contain 0.46 acre, more or less.

**EXTRA TEMPORARY WORKSPACE**

NORTHERLY PARCEL

Beginning at a POINT on the southerly boundary of County Highway 88, 36 feet westerly from the northeasterly corner of Douglas A. & Lauren Patzelt (Tax Map # 11-1-21.2); thence through the lands of said Patzelt the following three (3) courses and distances; thence southerly along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 100 feet, more or less, to a point; thence westerly a distance of 50 feet to a point, thence northerly along a line 75 feet distant from and parallel to a proposed pipeline a distance of 94 feet, more or less, to a point on the existing easterly boundary of County Highway 88; thence easterly along the southerly boundary of County Highway 88 a distance of 51 feet, more or less, to the Point of Beginning.

SOUTHERLY PARCEL

Commencing at a POINT on the southerly boundary of County Highway 88 at the northeasterly corner of Douglas A. & Lauren Patzelt (Tax Map # 11-1-21.2); thence westerly along the southerly line of County Highway 88 and a northerly line of said Patzelt, a distance of 36 feet to a point; thence southerly through the lands of said Patzelt along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 314 feet, more or less, to the Point of Beginning.

Thence through the property of said Patzelt the following seven (7) courses and distances; thence southerly along a line 25 feet distant from and parallel to a proposed

pipeline a distance of 285 feet, more or less to a point; thence southeasterly along a line 50 feet distant from and parallel to a proposed pipeline a distance of 81 feet, more or less, to a point; thence westerly a distance of 114 feet, more or less, to a point; thence northerly along a line 75 feet distant from and parallel to a proposed pipeline a distance of 180 feet to a point; thence easterly a distance of 25 feet to a point; thence northerly along a line 50 feet distant from and parallel to a proposed pipeline a distance of 150 feet to a point; thence easterly a distance of 25 feet to the Point of Beginning.

The above described parcels contain 0.44 acre, more or less.

The above described parcels are shown on Exhibit 11O182HDD entitled "Exhibit A, Proposed Pipeline Crossing Property of Douglas A. & Lauren Patzelt ", dated February 2007.

