# EXHIBIT 1

PROPOSED EASEMENT
TO
MILLENIUM PIPELINE COMPANY, LLC
FROM
SWISS NORTH AMERICAN PROPERTIES - USA, LLC

ALL THAT TRACT OR PARCEL OF LAND in the Town of Tuxedo, County of Orange, State of New York, being a portion of the lands of Swiss North American Properties - USA, LLC. described in Liber 12154 Page 1201 as recorded in the Orange County Clerk's Office on May 15, 2006.

## ACCESS ROAD EASEMENT

Beginning at a POINT on an easterly line of the property now or formerly of Swiss North American Properties USA, LLC, (Tax Map # 1-1-34.2), 175 feet, more or less from the southerly bounds of State Highway 210 & 17A; thence southerly along the easterly line of said Swiss North American Properties USA, LLC, a distance of 25 feet, more or less to a point; thence westerly and southwesterly through said Swiss North American Properties USA, LLC, a distance of 645 feet, more or less to a point; thence northerly through said Swiss North American Properties USA, LLC, a distance of 29 feet, more or less to a point; thence northeasterly and easterly through said Swiss North American Properties USA, LLC, a distance of 648 feet, more or less to the POINT OF BEGINNING.

Containing 0.37 acre, more or less.

The above described parcel is shown on Exhibit 11O359.12 entitled "Exhibit A, Proposed Access Road Crossing Property of Swiss North American Properties USA, LLC, ", dated February 2007.



PROPOSED EASEMENTS
TO
MILLENIUM PIPELINE COMPANY, LLC
FROM
SWISS NORTH AMERICAN PROPERTIES - USA, LLC

ALL THOSE TRACTS OR PARCELS OF LAND in the Town of Tuxedo, County of Orange, State of New York, being portions of the lands of Swiss North American Properties - USA, LLC. described in Liber 12154 Page 1201 as recorded in the Orange County Clerk's Office on May 15, 2006.

**PERMANENT EASEMENTS**

EAST PARCEL
   Beginning at a POINT on a northwesterly line of the property now or formerly of Swiss North American Properties USA, LLC, per L.12154 P.1201, 604 feet, more or less southwesterly from the southwesterly bounds of State Highway 210 & 17A; thence southeasterly through the lands of said Swiss North American Properties USA, LLC, parallel to and 25 feet distant from a proposed pipeline, a distance of 178 feet, more or less to a point on an easterly line of said Swiss North American Properties USA, LLC,; thence southerly along said easterly line a distance of 52 feet, more or less to a point; thence northwesterly along an existing easement, a distance of 217 feet, more or less to a point on said northwesterly line of Swiss North American Properties USA, LLC,; thence northeasterly along said northwesterly line a distance of 14 feet, more or less to the POINT OF BEGINNING.

WEST PARCEL
   Beginning at a POINT on a northwesterly line of the property now or formerly of Swiss North American Properties USA, LLC, per L.12154 P.1201, 647 feet, more or less southwesterly from the southwesterly bounds of State Highway 210 & 17A; thence southeasterly through the lands of said Swiss North American Properties USA, LLC, along an existing easement, a distance of 414 feet, more or less to a point on a southerly line of said Swiss North American Properties USA, LLC,; thence westerly along said southerly line a distance of 13 feet, more or less to a point; thence northwesterly, parallel to and 25 feet distant from a proposed pipeline, a distance of 402 feet, more or less to a point on said northwesterly line of Swiss North American Properties USA, LLC,; thence northeasterly along said northwesterly line a distance of 15 feet, more or less to the POINT OF BEGINNING.

The above described parcels contain 0.17 acre, more or less.

**TEMPORARY WORKSPACE EASEMENT**
   Beginning at a POINT on a northwesterly line of the property now or formerly of Swiss North American Properties USA, LLC, per L.12154 P.1201, 662 feet, more or less southwesterly from the southwesterly bounds of State Highway 210 & 17A; thence southeasterly through the lands of said Swiss North American Properties USA, LLC, parallel to and 25 feet distant from a proposed pipeline, a

distance of 402 feet, more or less to a point on a southerly line of said Swiss North American Properties USA, LLC,; thence westerly and southwesterly along said southerly line a distance of 33 feet, more or less to a point; thence northwesterly, parallel to and 50 feet distant from a proposed pipeline, a distance of 387 feet, more or less to a point on said northwesterly line of Swiss North American Properties USA, LLC,; thence northeasterly along said northwesterly line a distance of 36 feet, more or less to the POINT OF BEGINNING.

The above described parcel contains 0.22 acre, more or less.

**EXTRA TEMPORARY WORKSPACE EASEMENTS**

EAST PARCEL
  Beginning at a POINT on a northwesterly line of the property now or formerly of Swiss North American Properties USA, LLC, per L.12154 P.1201, 553 feet, more or less southwesterly from the southwesterly bounds of State Highway 210 & 17A; thence southerly through the lands of said Swiss North American Properties USA, LLC, a distance of 214 feet, more or less to a point on an easterly line of said Swiss North American Properties USA, LLC,; thence northwesterly parallel to and 25 feet distant from a proposed pipeline, a distance of 178 feet, more or less to a point on said northwesterly line of Swiss North American Properties USA, LLC,; thence northeasterly along said northwesterly line a distance of 51 feet, more or less to the POINT OF BEGINNING.

WEST PARCEL
  Beginning at a POINT on a northwesterly line of the property now or formerly of Swiss North American Properties USA, LLC, per L.12154 P.1201, 698 feet, more or less southwesterly from the southwesterly bounds of State Highway 210 & 17A; thence southeasterly through the lands of said Swiss North American Properties USA, LLC, parallel to and 50 feet distant from a proposed pipeline, a distance of 387 feet, more or less to a point on a southeasterly line of said Swiss North American Properties USA, LLC,; thence southwesterly along said southeasterly line a distance of 240 feet, more or less to a point; thence northwesterly through the lands of said Swiss North American Properties USA, LLC, a distance of 647 feet, more or less to a point on a northeasterly line of Swiss North American Properties USA, LLC,; thence easterly along said northeasterly line a distance of 80 feet, more or less to a corner; thence northeasterly along a northwesterly line a distance of 11 feet, more or less to the POINT OF BEGINNING.

The above described parcels contain 1.06 acres, more or less.

  The above described parcels are shown on Exhibit 11O360 entitled "Exhibit A, Proposed Pipeline Crossing Property of Swiss North American Properties USA, LLC, ", dated March 2007.

