# CIVIL APPEARANCE SHEET
# HONORABLE MARK D. FOX
# UNITED STATES MAGISTRATE JUDGE
# CIVIL APPEARANCE SHEET

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Date** 6/27/07

MILLENNIUM
PIPELINE CO.

Vs

**DOCKET NO.** 07cv 5815

BREAKAWAY TRIALS INC

_____
ATTORNEY FOR PLAINTIFF(S

Daryl J. Colgi
J. Joseph Bainton
Hiscock & Barclay LLP
26 Broadway
New York, NY 10004
212 480 9520

ATTORNEY FOR DEFENDANT(S):

_____
Neal D. Frishberg, Esq.
*Attorney-at-Law*

BREAKAWAY TRIALS INS

Phone: 845-294-8634
Fax: 845-294-7889 (not for service)
email: nfrishberg@nfrishberg.com

Office: 1 Harriman Square
Goshen, NY 10924
Mail & Service: P.O. Box 124
Goshen, NY 10924

ADJ TO 7/13/07 1030 AM IP

Tape 2

Start 20    Finish 224
Elec. Court reporter: Ed Modugno