Exhibit 6 to Complaint

PROPOSED EASEMENT
TO
MILLENIUM PIPELINE COMPANY, LLC
FROM
SWISS NORTH AMERICAN PROPERTIES - USA, LLC

ALL THAT TRACT OR PARCEL OF LAND in the Town of Tuxedo, County of Orange, State of New York, being a portion of the lands of Swiss North American Properties - USA, LLC. described in Liber 12154 Page 1201 as recorded in the Orange County Clerk's Office on May 15, 2006.

### ACCESS ROAD EASEMENT

Beginning at a POINT on an easterly line of the property now or formerly of Swiss North American Properties USA, LLC, (Tax Map # 1-1-34.2), 175 feet, more or less from the southerly bounds of State Highway 210 & 17A; thence southerly along the easterly line of said Swiss North American Properties USA, LLC, a distance of 25 feet, more or less to a point; thence westerly and southwesterly through said Swiss North American Properties USA, LLC, a distance of 645 feet, more or less to a point; thence northerly through said Swiss North American Properties USA, LLC, a distance of 29 feet, more or less to a point; thence northeasterly and easterly through said Swiss North American Properties USA, LLC, a distance of 648 feet, more or less to the POINT OF BEGINNING.

Containing 0.37 acre, more or less.

The above described parcel is shown on Exhibit 11O359.12 entitled "Exhibit A, Proposed Access Road Crossing Property of Swiss North American Properties USA, LLC, ", dated February 2007.

PROPERTY OF SWISS NORTH AMERICAN PROPERTIES USA, LLC
TOWN OF TUXEDO
ORANGE CO., NEW YORK

STATE HIGHWAY 210 & 17A

(110359.11)
25±
175±
(110359.12)
POB
25±
645±
648±
29±
(110361)
(110360)
25'
50'
75'
100'
PROPOSED PIPELINE

SCALE = 1"=200'

NOTE:
PROPERTY OUTLINES ARE BASED ON COUNTY TAX MAPS. DISTANCES AND AREAS SHOWN ON THIS EXHIBIT ARE APPROXIMATE.

TAX ID: 1-1-34.2
REF. ALIGNMENT: D-2487, 164/173
PIPE LENGTH = NA   R/W = N/A
PERM. RIGHT-OF-WAY = NA
TEMPORARY WORKSPACE AREA = NA
EXTRA TEMPORARY WORKSPACE AREA = NA
TEMPORARY ACCESS ROAD = 0.37± ACRE

MILLENNIUM PIPELINE

EXHIBIT A
PROPOSED ACCESS ROAD CROSSING
PROPERTY OF SWISS NORTH AMERICAN
PROPERTIES USA, LLC

Dwn JVH   Date 03/07   Ckd   App
Job No 970.29804   Dwg No EXHIBIT-110359.12   Rev

# PROPOSED EASEMENTS
# TO
# MILLENIUM PIPELINE COMPANY, LLC
# FROM
# SWISS NORTH AMERICAN PROPERTIES - USA, LLC

ALL THOSE TRACTS OR PARCELS OF LAND in the Town of Tuxedo, County of Orange, State of New York, being portions of the lands of Swiss North American Properties - USA, LLC. described in Liber 12154 Page 1201 as recorded in the Orange County Clerk's Office on May 15, 2006.

## PERMANENT EASEMENTS

EAST PARCEL
   Beginning at a POINT on a northwesterly line of the property now or formerly of Swiss North American Properties USA, LLC, per L.12154 P.1201, 604 feet, more or less southwesterly from the southwesterly bounds of State Highway 210 & 17A; thence southeasterly through the lands of said Swiss North American Properties USA, LLC, parallel to and 25 feet distant from a proposed pipeline, a distance of 178 feet, more or less to a point on an easterly line of said Swiss North American Properties USA, LLC,; thence southerly along said easterly line a distance of 52 feet, more or less to a point; thence northwesterly along an existing easement, a distance of 217 feet, more or less to a point on said northwesterly line of Swiss North American Properties USA, LLC,; thence northeasterly along said northwesterly line a distance of 14 feet, more or less to the POINT OF BEGINNING.

WEST PARCEL
   Beginning at a POINT on a northwesterly line of the property now or formerly of Swiss North American Properties USA, LLC, per L.12154 P.1201, 647 feet, more or less southwesterly from the southwesterly bounds of State Highway 210 & 17A; thence southeasterly through the lands of said Swiss North American Properties USA, LLC, along an existing easement, a distance of 414 feet, more or less to a point on a southerly line of said Swiss North American Properties USA, LLC,; thence westerly along said southerly line a distance of 13 feet, more or less to a point; thence northwesterly, parallel to and 25 feet distant from a proposed pipeline, a distance of 402 feet, more or less to a point on said northwesterly line of Swiss North American Properties USA, LLC,; thence northeasterly along said northwesterly line a distance of 15 feet, more or less to the POINT OF BEGINNING.

The above described parcels contain 0.17 acre, more or less.

## TEMPORARY WORKSPACE EASEMENT

   Beginning at a POINT on a northwesterly line of the property now or formerly of Swiss North American Properties USA, LLC, per L.12154 P.1201, 662 feet, more or less southwesterly from the southwesterly bounds of State Highway 210 & 17A; thence southeasterly through the lands of said Swiss North American Properties USA, LLC, parallel to and 25 feet distant from a proposed pipeline, a

distance of 402 feet, more or less to a point on a southerly line of said Swiss North American Properties USA, LLC,; thence westerly and southwesterly along said southerly line a distance of 33 feet, more or less to a point; thence northwesterly, parallel to and 50 feet distant from a proposed pipeline, a distance of 387 feet, more or less to a point on said northwesterly line of Swiss North American Properties USA, LLC,; thence northeasterly along said northwesterly line a distance of 36 feet, more or less to the POINT OF BEGINNING.

The above described parcel contains 0.22 acre, more or less.

### EXTRA TEMPORARY WORKSPACE EASEMENTS

EAST PARCEL

Beginning at a POINT on a northwesterly line of the property now or formerly of Swiss North American Properties USA, LLC, per L.12154 P.1201, 553 feet, more or less southwesterly from the southwesterly bounds of State Highway 210 & 17A; thence southerly through the lands of said Swiss North American Properties USA, LLC, a distance of 214 feet, more or less to a point on an easterly line of said Swiss North American Properties USA, LLC,; thence northwesterly parallel to and 25 feet distant from a proposed pipeline, a distance of 178 feet, more or less to a point on said northwesterly line of Swiss North American Properties USA, LLC,; thence northeasterly along said northwesterly line a distance of 51 feet, more or less to the POINT OF BEGINNING.

WEST PARCEL

Beginning at a POINT on a northwesterly line of the property now or formerly of Swiss North American Properties USA, LLC, per L.12154 P.1201, 698 feet, more or less southwesterly from the southwesterly bounds of State Highway 210 & 17A; thence southeasterly through the lands of said Swiss North American Properties USA, LLC, parallel to and 50 feet distant from a proposed pipeline, a distance of 387 feet, more or less to a point on a southeasterly line of said Swiss North American Properties USA, LLC,; thence southwesterly along said southeasterly line a distance of 240 feet, more or less to a point; thence northwesterly through the lands of said Swiss North American Properties USA, LLC, a distance of 647 feet, more or less to a point on a northeasterly line of Swiss North American Properties USA, LLC,; thence easterly along said northeasterly line a distance of 80 feet, more or less to a corner; thence northeasterly along a northwesterly line a distance of 11 feet, more or less to the POINT OF BEGINNING.

The above described parcels contain 1.06 acres, more or less.

The above described parcels are shown on Exhibit 11O360 entitled "Exhibit A, Proposed Pipeline Crossing Property of Swiss North American Properties USA, LLC, ", dated March 2007.

PROPERTY OF SWISS NORTH AMERICAN PROPERTIES - USA, LLC.
TOWN OF TUXEDO
ORANGE CO., NEW YORK
EXISTING PIPELINE EASEMENT
EXTRA TEMPORARY WORKSPACE
TEMPORARY WORKSPACE
EXTRA TEMPORARY WORKSPACE
110360
110361
1035912
STATE HIGHWAY 210 & 17A
POB
PL
553'±
240'±
647'±
SCALE = 1"=100'
LEGEND
EXISTING PERMANENT EASEMENT
PROPOSED PERMANENT EASEMENT
TEMPORARY WORKSPACE TO BE ACQUIRED
EXTRA TEMPORARY WORKSPACE TO BE ACQUIRED
ROW DETAIL
NOTE:
PROPERTY OUTLINES ARE BASED ON COUNTY TAX MAPS. DISTANCES AND AREAS SHOWN ON THIS EXHIBIT ARE APPROXIMATE.
TAX ID: 1-1-34.2
REF. ALIGNMENT: D-2487, 164&165/173
PIPE LENGTH = 382'±
EXISTING PERMANENT RIGHT-OF-WAY = 0.21± ACRE
PROPOSED RIGHT-OF-WAY = 0.17± ACRE
TEMPORARY WORKSPACE AREA = 0.22± ACRE
EXTRA TEMPORARY WORKSPACE AREA = 1.06± ACRES
MILLENNIUM PIPELINE
EXHIBIT A
PROPOSED PIPELINE CROSSING
PROPERTY OF SWISS NORTH AMERICAN PROPERTIES USA, LLC.
Dwn JVH
Date 03/07
Job 970.29804
Dwg No. EXHIBIT-110360