UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILLENNIUM PIPELINE COMPANY, L.L.C.,

*Plaintiff,*

-vs-

CERTAIN TEMPORARY EASEMENTS IN 322 SLEEPY VALLEY ROAD, TOWN OF WARWICK, ORANGE COUNTY, NEW YORK, S.B.L. No. 31-1-17, BREAKAWAY TRAILS, INC., John Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (NO NUMBER) DISTILLERY ROAD, TOWN OF WARWICK, ORANGE COUNTY, NEW YORK, S.B.L. No. 29-1-21, GEORGE BURKERT AND ANNA BURKERT, John Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (NO NUMBER) ROUTE 42, TOWN OF FORESTBURG, SULLIVAN COUNTY, NEW YORK, S.B.L. No. 39-1-11, ADELIA M. MASTERS, John Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN 65 LIBERTY CORNERS ROAD, a/k/a 61 LIBERTY CORNERS ROAD, TOWN OF WARWICK, ORANGE COUNTY, NEW YORK, S.B.L. No. 11-1-21.2, DOUGLAS A. PATZELT AND LAUREN PATZELT, John Doe, et al., and Unknown Owners,

And

AFFIDAVIT OF SERVICE

Civil Action No. 07-CV-5815 (CM)

CERTAIN PERMANENT AND TEMPORARY
EASEMENTS IN (No Number) Route 17A, TOWN
OF TUXEDO, ORANGE COUNTY, NEW YORK,
S.B.L. No. 1-1-34.2, SWISS NORTH AMERICAN
PROPERTIES - USA, LLC, John Doe, et al., and
Unknown Owners,

*Defendants.*

STATE OF NEW YORK  )
                   ) SS:
COUNTY OF ERIE     )

**MICHELLE MICHALSKI**, being duly sworn, certifies, deposes and says:

On June 22, 2007, I mailed copies of the Order to Show Cause for Preliminary Injunction, granted by the Court on June 22, 2007; the Complaint attached thereto, dated June 18, 2007, with attached Exhibits 1 through 6; the Affidavit of Darryl J. Colosi, Esq., attached thereto, sworn to on June 18, 2007, with attached Exhibit 1; and the Memorandum of Law, dated June 18, 2007, in Support of Plaintiff's Motion for a Preliminary Injunction to the following persons via overnight mail:

Breakaway Trails, Inc.
1 Nirvana Plaza
Forestport, NY 13338
Attention: Mansur Rafizadeh, Vice President

Mansur Rafizadeh
12044 State Route 12
Boonville, NY 13309

Frank L. LoRusso
377 South Road
Chilmark, MA 02535

Judith L. LoRusso
377 South Road
Chilmark, MA 02535

William D. Sheldon, III, P.C.
642 Kreag Road
Suite 201
Pittsford, NY 14534

Business Loan Center, Inc.
645 Madison Avenue
19th Floor
New York, NY 10022

Anna Burkert  
3 Pepper Road  
Towaco, NJ 07082  

George Burkert  
3 Pepper Road  
Towaco, NJ 07082  

Edward P. Azar, Esq.  
Edward P. Azar, L.L.C.  
Gallant Professional Building  
2840 Route 23 South  
Newfoundland, NJ 07435  

Adelia M. Masters  
100 Allen Street  
Netcong, NJ 07857  

Michele Masters  
100 Allen Street  
Netcong, NJ 07857  

Michele Masters  
177 Durham Court  
Hackettstown, NJ 07840  

Leslie E. Smith, Jr.  
500 International Drive  
Suite 345  
Mt. Olive, NJ 07828  

William Gall  
500 International Drive  
Suite 345  
Mt. Olive, NJ 07828  

William T Gall, Jr.  
31 Manor House Road  
Budd Lake, NJ 07828-2321  

Orange and Rockland  
Utilities, Inc.  
One Blue Hill Plaza  
Pearl River, NY 10965  

Scott Levinson, Esq.  
Consolidated Edison Company  
of New York, Inc.  
4 Irving Place  
Room 1810-S  
New York, NY 10003  

Barbara Dunne, Esq.  
Consolidated Edison Company  
of New York, Inc.  
4 Irving Place  
Room 1810-S  
New York, NY 10003  

Douglas A. Patzelt  
65 Liberty Corners Road  
Pine Island, NY 10969  

Lauren Patzelt  
65 Liberty Corners Road  
Pine Island, NY 10969  

Douglas A. Patzelt  
61 Liberty Corners Road  
Pine Island, NY 10969  

Lauren Patzelt  
61 Liberty Corners Road  
Pine Island, NY 10969  

Thomas J. Newman, Jr.  
Kornfeld Rew Newman & Simeone  
46 Washington Ave.  
Suffern, NY 10901-5608  

GreenPoint Mortgage  
Funding, Inc.  
100 Wood Hollow Drive  
Novato, CA 94945

Swiss North American
Properties - USA, LLC
2725 Toxey Drive
Raleigh, NC 27609
Attention: Steven Cadwallader

Lawrence Gould, Esq.
Kilpatrick Stockton, LLP
3737 Glenwood Avenue
Raleigh, NC 27612

_____
MICHELLE MICHALSKI

Subscribed and sworn to before me
this 25th day of June, 2007.

_____
Notary Public

PATRICIA DEEB
Notary Public State of New York
Qualified in Erie County
My Commission Expires Aug. 31, 2009

BULIB01170445131

- 4 -