UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

---

MILLENNIUM PIPELINE COMPANY, L.L.C.,

                *Plaintiff,*

-vs-

CERTAIN TEMPORARY EASEMENTS IN 322
SLEEPY VALLEY ROAD, TOWN OF WARWICK,
ORANGE COUNTY, NEW YORK, S.B.L. No. 31-1-
17, BREAKAWAY TRAILS, INC., John Doe, et al.,
and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY
EASEMENTS IN (NO NUMBER) DISTILLERY
ROAD, TOWN OF WARWICK, ORANGE
COUNTY, NEW YORK, S.B.L. No. 29-1-21,
GEORGE BURKERT AND ANNA BURKERT, John
Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY
EASEMENTS IN (NO NUMBER) ROUTE 42,
TOWN OF FORESTBURG, SULLIVAN COUNTY,
NEW YORK, S.B.L. No. 39-1-11, ADELIA M.
MASTERS, John Doe, et al., and Unknown Owners,

And

CERTAIN PERMANENT AND TEMPORARY
EASEMENTS IN 65 LIBERTY CORNERS ROAD,
a/k/a 61 LIBERTY CORNERS ROAD, TOWN OF
WARWICK, ORANGE COUNTY, NEW YORK,
S.B.L. No. 11-1-21.2, DOUGLAS A. PATZELT AND
LAUREN PATZELT, John Doe, et al., and Unknown
Owners,

And



AFFIDAVIT
OF SERVICE

Civil Action No.
07-CV-5815 (CM)

BULIB01\70700\1\1

CERTAIN PERMANENT AND TEMPORARY
EASEMENTS IN (No Number) Route 17A, TOWN
OF TUXEDO, ORANGE COUNTY, NEW YORK,
S.B.L. No. 1-1-34.2, SWISS NORTH AMERICAN
PROPERTIES - USA, LLC, John Doe, et al., and
Unknown Owners,

                              *Defendants.*

---

STATE OF NEW YORK    )
                             ) SS:
COUNTY OF ERIE      )

      **MICHELLE MICHALSKI**, being duly sworn, certifies, deposes and says:

      I am a legal secretary employed by the law firm of Hiscock & Barclay, LLP, attorneys for Plaintiff Millennium Pipeline Company, L.L.C. I am not a party to this action and I am over 18 years of age. On July 16, 2007, prior to 10:00 a.m., I served copies of Plaintiff's Reply Affidavit of Darryl J. Colosi, sworn to on July 16, 2007 and Plaintiff's Reply Memorandum of Law, dated July 16, 2007, via Fax upon counsel for Defendant Breakaway Trails, Inc., Neil Frishberg, via Fax number (845) 294-7889. I also faxed copies of such papers to the Court, Hon. Mark D. Fox, prior to 10:00 a.m., via Fax number (914) 390-4129.

      The attached fax confirmation pages show that the Fax was received by Mr. Frishberg's Office on July 16, 2007 at 9:43 a.m. and by the Court on July 16, 2007 at 9:32 a.m.

                                              */s/ Michelle Michalski*
                                                  MICHELLE MICHALSKI

Subscribed and sworn to before me
this 16th day of July, 2007.

*/s/ Christine Nagy*
Notary Public

CHRISTINE NAGY
Notary Public, State of New York
Qualified in Erie County
My Commission Expires March 30, 2011

BULIB01\707001\1

- 2 -

## ** Transmit Conf.Report **

Jul 16 2007 09:46am

P.1

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 1238#3024516#18452947889# | Normal | 16:09:43am | 3'27" | 27 | # O K | |



**HISCOCK BARCLAY**

BUFFALO · ROCHESTER · SYRACUSE · ALBANY · NEW YORK

1100 M&T CENTER
2 FOUNTAIN PLAZA
BUFFALO, NEW YORK 14203-1414
T 716.856.3400 · F 716.856.0139

DARRYL J. COLOSI
PARTNER

DIRECT DIAL 716.566.1553
DIRECT FAX 716.846.1299
DCOLOSI@HISCOCKBARCLAY.COM

### FACSIMILE COVER SHEET

| Date: | July 16, 2007 | Time: | No. of Pages Transmitted: 27 (Including this Cover Letter) |
| --- | --- | --- | --- |

| Name | Company / Location | Fax Number | Phone Number |
|---|---|---|---|
| Hon. Mark D. Fox | | (914) 390-4129 | (914) 390-4124 |
| Neil Frishberg, Esq. | | (845) 294-7889 | (845) 294-8634 |

**Comments:**

Re: Millennium Pipeline Company, L.L.C. v. Certain Temporary Easements in 322 Sleepy Valley Road [Breakaway Trails, et. al].
Civil Action No.07-CV-5815 (CM) (MDF)

Pursuant to the Court's directive on July 13, 2007, we are faxing the attached papers to the Court and counsel before 10 a.m. this morning: Reply Affidavit of Millennium's counsel, Darryl J. Colosi and Reply Memorandum of Law, both dated July 16, 2007.

| Client/Matter Name | Client/Matter Number | Time Keeper Number |
|---|---|---|
| Millennium Pipeline Company, L.L.C. | 3024516 | 1238 |

### FEDERAL TAX DISCLOSURE AND CONFIDENTIALITY NOTICE

In accordance with IRS requirements, we inform you that any Federal tax advice contained in this facsimile transmission is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

*If you have a problem receiving, or if you do not receive all of the pages noted above please contact Michelle Michalski at (716) 566-1557.*

WWW.HISCOCKBARCLAY.COM

BULIB01\706996\1

## ** Transmit Conf.Report **

P.1                                                Jul 16 2007 09:51am

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 1238#3024516#19143904129# | Normal | 16:09:32am | 9'07" | 27 | * O K | Brdcast |
| ~~18452947889#~~ | ~~Normal~~ | ~~16:09:51am~~ | ~~0'00"~~ | ~~0~~ | ~~D.0.7~~ | ~~Brdcast~~ |
| ↑ No response. | | | Check condition of remote fax. | | | |



HISCOCK BARCLAY
BUFFALO • ROCHESTER • SYRACUSE • ALBANY • NEW YORK

DARRYL J. COLOSI
PARTNER

1100 M&T CENTER
3 FOUNTAIN PLAZA
BUFFALO, NEW YORK 14203-1414
T 716 856 5400 • F 716 856 0139

DIRECT DIAL 716.566.1553
DIRECT FAX 716.846.1259
DCOLOSI@HISCOCKBARCLAY.COM

### FACSIMILE COVER SHEET

| Date: July 16, 2007 | Time: | No. of Pages Transmitted: 27 (Including this Cover Letter) |
|---|---|---|

| Name | Company / Location | Fax Number | Phone Number |
|---|---|---|---|
| Hon. Mark D. Fox | | (914) 390-4129 | (914) 390-4124 |
| Neil Frishberg, Esq. | | (845) 294-7889 | (845) 294-8634 |

**Comments:**

Re: Millennium Pipeline Company, L.L.C. v. Certain Temporary Easements in 322 Sleepy Valley Road [Breakaway Trails, et. al]
Civil Action No.07-CV-5815 (CM) (MDF)

Pursuant to the Court's directive on July 13, 2007, we are faxing the attached papers to the Court and counsel before 10 a.m. this morning: Reply Affidavit of Millennium's counsel, Darryl J. Colosi and Reply Memorandum of Law, both dated July 16, 2007.

| Client/Matter Name | Client/Matter Number | Time Keeper Number |
|---|---|---|
| Millennium Pipeline Company, L.L.C. | 3024516 | 1238 |

**FEDERAL TAX DISCLOSURE AND CONFIDENTIALITY NOTICE**

In accordance with IRS requirements, we inform you that any Federal tax advice contained in this facsimile transmission is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

*If you have a problem receiving, or if you do not receive all of the pages noted above please contact Michelle Michalski at (716) 566-1557.*