**ORIGINAL**



| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| MILLENNIUM PIPELINE COMPANY, L.L.C.,<br><br>*Plaintiff,*<br><br>-vs-<br><br>CERTAIN TEMPORARY EASEMENTS IN 322 SLEEPY VALLEY ROAD, TOWN OF WARWICK, ORANGE COUNTY, NEW YORK, S.B.L. No. 31-1-17, BREAKAWAY TRAILS, INC., John Doe, et al., and Unknown Owners, *Et al.*,<br><br>*Defendants.* | Civil Action No.<br>07 CV 5815 (CM) (MDF)<br><br>STIPULATION AND CONSENT ORDER GRANTING MOTION FOR A PRELIMINARY INJUNCTION AND ESTABLISHING BOND FOR THE BREAKAWAY TRAILS, INC. PROPERTY |



G. the parties having reached agreement resolving both the motion for injunctive relief and the amount for a bond;

**IT IS STIPULATED, AGREED AND ORDERED,** that:

1. Plaintiff's motion for injunctive relief pursuant to Federal Rules of Civil Procedure ("FRCP") 65(a), including immediate possession of and entry upon the requested temporary construction easements and the existing permanent easement to commence work associated with the construction of and to construct a natural gas pipeline, relating to the real property owned by Breakaway (known as 322 Sleepy Valley Road, Town of Warwick, County of Orange, New York, S.B.L. No. 31-1-17 (the "Breakaway Property")), is granted and shall remain in effect for the duration of the construction and testing of said pipeline and restoration of the Breakaway Property following pipeline construction and testing, but not later than December 21, 2009 (unless otherwise extended by Federal Energy Regulatory Commission).

2. Prior to said possession and entry on the Breakaway Property, Millennium shall post a bond in the amount of $100,000, the form, content and surety thereof shall be satisfactory to counsel for Breakaway, whose consent shall not be unreasonably withheld or delayed.

3. Proof of said bond shall be filed with the Court and served upon Defendant, Breakaway Trails, Inc. and said bond shall be maintained for the duration of the construction and testing of said

pipeline and restoration of the Breakaway Property.

| FOR: PLAINTIFF | FOR: DEFENDANT, BREAKAWAY TRAILS, INC. |
|---|---|
| *By its attorneys* | *By its attorneys* |
| HISCOCK & BARCLAY, LLP | Law Offices of Neal D. Frishberg |
| By: _____ | By: _____ |
| Darryl J. Colosi (DJC 2029) | Neal D. Frishberg (NDF 2682) |
| 1100 M&T Center | One Harriman Square |
| Three Fountain Plaza | P.O. Box 124 |
| Buffalo, New York 14203-1414 | Goshen, New York 10924 |
| (716) 566-1553 | (845) 294-8634 |
| Facsimile: (716) 846-1239 | Facsimile: (845) 294-7889 |

IT IS SO ORDERED.

Dated: July 18, 2007
       White Plains, New York

_____
Mark D. Fox
United States Magistrate Judge

MARK D. FOX
United States Magistrate Judge
Southern District of New York