UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

Millennium Pipeline Company, L.L.C.,      07 Civ. 5815 (CM)(MDF)

                 Plaintiff(s),       ORDER OF REFERENCE
    -against-       TO A MAGISTRATE JUDGE

Certain Temporary Easements in 322
Sleepy Valley Road, Town of Warwick, et al.,

                 Defendant(s).
———————————————————————X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

The above entitled action is referred to the Honorable Mark D. Fox, United States Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

____ Social Security

✓ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion: _Any factual / legal disputes raised by this Action_

All such motions: _____

* Do not check if already assigned for general pretrial.

Dated: July 11, 2007
      New York, New York

                                       SO ORDERED

                                       Hon. Colleen McMahon