UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLENNIUM PIPELINE COMPANY, L.L.C., <br><br> Plaintiff, <br><br> -against- <br><br> CERTAIN TEMPORARY EASEMENTS IN 322 SLEEPY VALLEY ROAD, TOWN OF WARWICK, ORANGE COUNTY, NEW YORK, S.B.L. No. 31-1-17, BREAKAWAY TRAILS, INC., John Doe, et al., and Unknown Owners, and <br><br> CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (NO NUMBER) DISTILLERY ROAD, TOWN OF WARWICK, ORANGE COUNTY, NEW YORK, S.B.L. No. 29-1-21, GEORGE BURKERT AND ANNA BURKERT, John Doe, et al., and Unknown Owners, and <br><br> CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (NO NUMBER) ROUTE 42, TOWN OF FORESTBURG, SULLIVAN COUNTY, NEW YORK, S.B.L. No. 39-1-11, ADELIA M. MASTERS, John Doe, et al., and Unknown Owners, and <br><br> CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN 65 LIBERTY CORNERS ROAD, a/k/a 61 LIBERTY CORNERS ROAD, TOWN OF WARWICK, ORANGE COUNTY, NEW YORK, S.B.L. No. 11-1-21.2, DOUGLAS A. PATZELT AND LAUREN PATZELT, John Doe, et al., and Unknown Owners, and <br><br> CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (No Number) Route 17A, TOWN OF TUXEDO, ORANGE COUNTY, NEW YORK, S.B.L. No. 1-1-34.2, SWISS NORTH AMERICAN PROPERTIES - USA, LLC, John Doe, et al., and Unknown Owners, <br><br> Defendants. | No. 07 Civ. 5815(CM) (MNF) <br><br> **CERTIFICATE OF SERVICE** |

I, Michael J. Cohen, am associated with the firm Bainton McCarthy LLC. Pursuant to an agreement with Defendant Breakaway Trails, on June 25, 2007, I caused true and correct copy of the *Notice of Condemnation* to be served via facsimile upon Defendant Breakaway Trails.

/s/ Michael J. Cohen
Michael J. Cohen (MC-7808)